August 8, 2007

Bureau of Immigration and Customs Enforcement
Hartford, Connecticut

RE: Hiu Liu NG
A73 558 364

Dear Sirs:

May this correspondence serve as our formal request for a setting of bond as it relates to Hiu Liu Ng (A73 558 364). Our reason for this request are based upon the following:

1. Hiu Liu NG has been in the United States for over fifteen (15) years. He has been a resident of New York, New York since February 6, 1992.

2. Hiu Liu NG married Ms. Lin Li Qu, a U.S. citizen, on February 9, 2001. Hiu Liu NG and his wife have two children, both born in the United States. Their first child is Raymond Ng; he was born on November 20, 2004 in New York. Their second child, Johnny Ng, is only nine-months-old; he was born on October 16, 2006, also in New York. In addition, due to his long presence in the United States, most of his friends and relatives are American citizens, living in the U.S.

3. Hiu Liu NG is gainfully employed by J&M Computer Consulting, Inc., a company owned by his wife. Hiu Liu NG graduated from high school and college in the United States. He has an associate degree in applied science of electronics engineering technology, and he has received a certificate of excellence awarded by Microsoft. As a qualified systems engineer, the Hiu Liu NG has much to contribute to the community.

4. Hiu Liu NG and his wife are owners of real property in Whitestone, New York. Hiu Liu NG dutifully has been making timely mortgage payments. They also maintain a bank account and have a sufficient amount of savings so that Hiu Liu NG will not become a public charge.

5. Due to the length of time Hiu Liu NG has been in the United States, together with the fact that his wife and children reside within the United States, and that Hiu Liu NG is gainfully employed in the United States, Hiu Liu NG possess substantial ties to the community and is not a risk for flight.

6. Removing Hiu Liu NG from the United States will no doubt cause severe economical and emotional hardship for his family. His wife depends on him to run the computer company for financial support. His children, still in their tender years, certainly need the Hiu Liu NG's moral guidance and spiritual support.

7. Considering the above positive factors, Hiu Liu NG has substantial ties to the United States, and the release of him is clearly warranted.

Whereby, based upon the circumstances surrounding this case as listed above, please consider setting Hiu Liu NG's bond in the amount of two thousand dollars ($2,000.00).

Thank you for your assistance and consideration, and I await your reply.

Sincerely,

Steven D. DiLibero, Esquire

SDD/crb