**U.S DEPARTMENT OF HOMELAND SECURITY**
**Immigration & Customs Enforcement**
Detention & Removal Operations
New England Field Office

A.A Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

August 8, 2007

Steven D. DiLibero, Esq.

Re: Ng, Hiu Liu (A73 558 364)

Dear Mr. DiLibero,

Thank you for your correspondence dated August 8, 2007 in which you request that U.S. Immigration and Customs Enforcement (ICE) release Mr. Ng. from custody. Unfortunately, for the following reasons we must decline at this time to favorably exercise our discretionary authority to release your client.

Of primary concern to our agency is that it appears that your client is unlikely to comply with an order of removal. See § 241 (a)(6) of the Immigration and Nationality Act (INA). The record reflects that he has a prior history of failing to appear before the Immigration Court and any failure to appear in court to pursue relief from removal makes it much less likely that he would willingly surrender for his actual removal from the United States.

We do understand that your has recently filed a motion to re-open his immigration hearing before the New York Immigration Court, a review of that motion does not lead us to conclude that his efforts are reasonably likely to succeed on the merits.

Furthermore, his continued detention ensures that he will be physically available for removal at the conclusion of any judicial review of the removal order. See Demore v. Kim, 583 U.S. 510 (2003)("detention is necessarily a part of this deportation procedure." Because we are in possession of a

valid and unexpired, travel document for your client, we also have high degree of confidence that his removal from the United States can be accomplished relatively promptly.

In declining to exercise our discretionary authority to release you client from custody, we have taken into consideration the various humanitarian factors cited in your letter and balanced them against our responsibility to effectuate Mr. Ng's removal from the United States pursuant to the INA. However, if for any reason you believe that the facts in your client's situation have materially changed, we stand ready to reconsider this decision as appropriate.

Sincerely,

George Sullivan
Assistant Field Operations Director
Hartford, CT